UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRANDY A. ALLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. and CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>*Defendants.* | NO. 3:18-cv-08918-PGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Brandy A. Allen filed a Class Action Complaint individually and on behalf of others similarly situated ("Plaintiffs") against Defendants Verizon Communications, Inc. and Cellco Partnership d/b/a Verizon Wireless ("Defendants") alleging violations of Section 1 of the Sherman Act on May 7, 2018;

WHEREAS, Plaintiffs filed an Amended Class Action Complaint alleging the same claims against Defendants on May 8, 2018;

WHEREAS, Defendants moved to dismiss the Amended Class Action Complaint on June 15, 2018 and on January 31, 2019 the Court granted Defendants' motion to dismiss without prejudice, allowing Plaintiffs thirty days to replead;

SO ORDERED: *[signature] Peter N. Schneider*
DATED: 3/11/19

WHEREAS, Plaintiffs have elected not to file a Second Amended Class Action Complaint;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate to the dismissal of this action in full and with prejudice with each party to bear their own costs and attorneys' fees.

SO STIPULATED THIS 7th day of March, 2019.

/s/ James E. Cecchi
James E. Cecchi
jcecchi@carellabyrne.com
Lindsey H. Taylor
ltaylor@carellabyrne.com
Caroline F. Bartlett
cbartlett@carellabyrne.com
CARELLA BYRNE CECCHI
  OLSTEIN BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068-1739
Telephone: (973) 994-1700

Joseph H. Meltzer
jmeltzer@ktmc.com
Kimberly A. Justice
kjustice@ktmc.com
Natalie Lesser
nlesser@ktmc.com
KESSLER TOPAZ
  MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

/s/ John P. Lavelle, Jr
John P. Lavelle, Jr.
john.lavelle@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6600

Richard S. Taffet (*pro hac vice*)
richard.taffet@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000

R. Brendan Fee
brendan.fee@morganlewis.com
Jessica J. Taticchi (*pro hac vice*)
jessica.taticchi@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000

*Counsel for Defendants,*

*Counsel for Plaintiffs*               Verizon Communications Inc. and
                                       Cellco Partnership d/b/a Verizon
                                       Wireless

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2019, the undersigned filed the foregoing Stipulation of Dismissal with Prejudice via the Court's CM/ECF system, which sent notice to all counsel of record in this action.

*/s/ John P. Lavelle, Jr.*

*Counsel for Defendants*
Verizon Communications, Inc. and
Cellco Partnership d/b/a Verizon Wireless